# UNITED STATES DISTRICT COURT
## District of Minnesota

Por Moua,

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, and David Easterwood,

Respondent(s),

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01546-PJS-DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents' objection [ECF No. 7] is OVERRULED.
2. The Report and Recommendation [ECF No. 6] is ADOPTED insofar as it recommends granting the petition for a writ of habeas corpus based on respondents' violation of 8 C.F.R. § 241.13(i)(3).
3. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED IN PART and DENIED IN PART. Specifically, the Court:
   a. ORDERS respondents to release petitioner from custody in accordance with the conditions previously imposed by 3:00 pm on March 21, 2026. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota.
4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 3/20/2026

KATE M. FOGARTY, CLERK